(C.D. 4311)

BEN GOODMAN & SON CO. ET AL. *v.* UNITED STATES

Port of New York, Court Nos. 70/17753, etc., on wearing apparel

(Dated December 27, 1971)

*Brooks & Brooks* (*Charles P. Deem* of counsel) for the plaintiffs.
*L. Patrick Gray, III*, Assistant Attorney General (*Andrew P. Vance*, trial attorney), for the defendant.

RICHARDSON, Judge: Plaintiffs move under Rule 14.7 for an order suspending the actions in an attached Schedule pending the final determination of *United Merchants, Inc.* v. *United States*, Court No. 70/29939; and the motion is not opposed by the defendant. Plaintiffs' motion is disposed of as follows:

As to the action enumerated in the attached Schedule identified with the prefix (A), the motion and the said action are dismissed for prematurity. The entry papers before the court disclose that the subject merchandise was not appraised upon entry as is required by 19 U.S.C.A., section 1488 (section 488, Tariff Act of 1930). Consequently, the liquidation of the entry underlying this action is void. It is the duty of the regional commissioner of customs to appraise the merchandise covered by said entry and liquidate the entry in the manner provided for by law so that plaintiff Ben Goodman & Son Co. may file a valid protest against said entry if it be so advised.

As to the actions enumerated in the attached Schedule identified with the prefix (B), the motion and the said actions are dismissed for prematurity by reason of the fact that in contravention of 19 U.S.C.A., section 1503 (a) (section 503 (a), Tariff Act of 1930, as amended by the Customs Simplification Act of 1953) liquidation of the subject entries was not made upon a *final appraised value*, and as such, is void, liquidation in each instance having taken place within 60 days of the date of the appraiser's report. See *United States* v. *Boston Paper Board Co.*, 23 CCPA 372, T.D. 48233 (1936), and other cases cited in Memorandum to Accompany Order in *Lamb-Weston, Inc.* v. *United States*, protest 69/38803, C.D. 4301, decided December 1, 1971. It is the duty of the regional commissioner of customs to liquidate the involved entries in the manner provided for by law so that plaintiffs may file a valid protest against said entries if they be so advised.

As to the actions enumerated in the attached Schedule identified with the prefix (C), the motion, being unopposed and within the court's jurisdiction, is granted, and the said actions will be suspended under lead number 70/27494 pending the final determination of *United Merchants, Inc.* v. *United States*, Court No. 70/29939.

SCHEDULE OF ACTIONS

| Court No. | Title (Plaintiff v. U.S.) |
| --- | --- |
| (B) 70/17753 | Ben Goodman & Son Co. |
| (B) 70/17761 | |
| (B) 70/19927 | |
| (B) 70/19937 | |
| (B) 70/19939 | |
| (B) 70/19940 | |
| (B) 70/19941 | |
| (B) 70/20485 | |
| (B) 70/20489 | |
| (B) 70/22345 | |
| (B) 70/22388 | |
| (B) 70/23466 | |
| (B) 70/23467 | |
| (B) 70/23468 | |
| (B) 70/23501 | |
| (B) 70/26537 | |
| (B) 70/27262 | |
| (B) 70/27456 | |
| (C) 70/27494 | |
| (B) 70/29111 | |
| (B) 70/4029 | |
| (C) 70/4033 | |
| (B) 70/4047 | |
| (B) 70/4053 | |
| (B) 70/4061 | |
| (B) 70/4873 | |
| (C) 70/5833 | |
| (B) 70/8141 | |
| (C) 70/12542 | |
| (B) 70/13928 | |
| (B) 70/14489 | |
| (B) 70/15948 | |
| (B) 70/15949 | |
| (B) 70/16376 | |
| (B) 70/16772 | |
| (B) 70/16806 | |
| (B) 70/16807 | |
| (B) 70/17162 | |
| (B) 70/17198 | |
| (A) 70/17199 | |
| (B) 70/17742 | |

SCHEDULE OF ACTIONS

| Court No. | Title (Plaintiff v. U.S.) |
|---|---|
| (B) 70/25745 | Glensder Corp. |
| (B) 70/26536 | |
| (B) 70/26541 | |
| (C) 70/27496 | |
| (B) 70/27689 | |
| (C) 70/27693 | |
| (C) 70/27983 | |
| (B) 70/29738 | |
| (C) 70/31711 | |
| (B) 70/33268 | |
| (B) 70/36432 | |
| (C) 70/39311 | |
| (C) 70/39377 | |
| (C) 70/39390 | |
| (B) 70/20 | Ben Goodman & Son Inc. |
| (B) 70/1085 | |
| (B) 70/1176 | |
| (B) 70/2742 | |
| (C) 70/3992 | |
| (B) 70/4016 | |
| (C) 70/38246 | |
| (B) 70/38296 | |
| (C) 70/39309 | |
| (C) 70/2924 | R. H. Macy & Co., Inc. |
| (C) 70/4044 | |
| (C) 70/9046 | |
| (C) 70/12731 | |
| (B) 70/16451 | |
| (B) 70/17010 | |
| (B) 70/22097 | |
| (B) 70/26203 | |
| (C) 70/34194 | |
| (C) 70/36800 | |
| (B) 70/39372 | |
| (B) 70/39310 | Melody Fashions Inc. |
| (B) 70/100 | Morsly Handkerchief Co. |
| (B) 70/507 | |
| (C) 70/1134 | |
| (C) 70/1251 | |
| (B) 70/2805 | |